UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
SEP - 3 2020
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **4:20CR501 AGF/NCC** |
| ) | |
| WILLIAM A. WHITE, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jillian S. Anderson, Assistant United States Attorney for said District, and moves the Court to order the Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of the Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. Distribution/Receiving Child Pornography and Enticement of a Child, in violation of Title 18, United States Code, Section 2252A(a)(2) and 2422(b).

    Pursuant to Title 18, United States Code, Section 3142(g);

    (a) the weight of the evidence against defendant;

    (b) defendant's history and characteristics; and

    (c) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release warrant defendant's detention pending trial;

WHEREFORE, the Government respectfully requests that the Court order the Defendant to be detained pending trial.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Jillian S. Anderson*
JILLIAN S. ANDERSON, #53918(MO)
Assistant United States Attorney
111 South 10th Street, Rm. 20.333
St. Louis, Missouri 63102
314-539-2200
jillian.anderson@usdoj.gov